RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

06 AUG 11 AM 11:29

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

DAVID BLACKMOORE, JERRY EUBANK, )
JEFFREY KLAPPRODT, JACOB MOORE, )
CHRIS NELSON, GEORGE OWEN, )
WILLIAM J. PLATT, WILLIAM PRICE, and )
CHRIS TUCKER, )
                                   )
        Plaintiffs, )
                                   )
vs. )
                                   )
UNION PACIFIC RAILROAD, a corporation, )
                                   )
        Defendant. )

8:06CV548
Case No. 06 CV 0023

**TRANSFER ORDER**

OFFICE OF THE CLERK
06 AUG 16 PM 3:3

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

THIS CAUSE coming before the Court on Union Pacific Railroad's Motion to Transfer Venue pursuant to 28 U.S.C. Section 1404(a), due notice having been given, the Plaintiffs having filed a Notice of Non-Resistance to the Motion, and the Court being advised in the premises.

IT IS HEREBY ORDERED that:

1) Union Pacific Railroad's Motion is granted, and this Cause is hereby transferred to the United States District Court for the District of Nebraska; and

2) The Clerk of this Court is directed to take all necessary steps to transfer this Cause to the United States Court for the District of Nebraska.

IT IS SO ORDERED.

Dated this 10th day of August, 2006.

RECEIVED
AUG 16 2006
CLERK
U.S. DISTRICT COURT
OMAHA

/s/ Robert W. Pratt
United States District Court Judge

ECF CERTIFICATION
I DO HEREBY ATTEST AND CERTIFY THIS IS A TRUE AND FULL COPY OF A DOCUMENT WHICH IS PART OF THE ELECTRONIC CASE FILE MAINTAINED BY THE U.S. DISTRICT COURT.
DATE: August 11, 2006
MARJORIE E. KRAHN, CLERK
BY: /s/ J. Hasting
DEPUTY CLERK

Approved as to form by:

By: _____
Ryan M. Sewell
215 South Main Street
Council Bluffs, Iowa 51503
Phone: 712-328-1575
Fax:    712-328-1562
E-mail: rsewell@cox.net
Counsel for Plaintiffs

_____
Roger L. Sawatzke
229 South Main Street
Council Bluffs, Iowa 51503
Phone: 712-325-4000
Fax:  712-325-5555
E-Mail: sawatzkelaw@qwest.net
Counsel for Defendant Union Pacific

2