IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) ) | |

```
DAVID BOILES, RONALD HART,    )
J.T. CULWELL, JR., JAMES BOSE,)
DON BRENT JOHNSON, TYLER GENE )
JONES, JACK D. LUGE and       )
WILLIAM BOSLEY, individually  )
and on behalf of all similarly)
situated Union Pacific        )
employees, former employees   )
and contractors,              )
                              )
              Plaintiffs,     )         8:06CV689
                              )
         v.                   )
                              )
UNION PACIFIC RAILROAD,       )         ORDER
a corporation,                )
                              )
              Defendant.      )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) That on or before June 1, 2007, the parties shall submit to the Court a proposed written settlement agreement. Said agreement shall provide for identification of a proposed class of plaintiffs and include information as to how the parties intend to notify the class.

2) A hearing to seek preliminary approval of the proposed settlement, the proposed class and the proposed class notice will be held on:

**Monday, June 18, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court