IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND<br>REISIG, REUBEN REISIG, LESTER<br>OLSON, FORREST HICKMAN, JOHN<br>WATSON, THOMAS SLUSHER,<br>EUGENE GALLEGOS and JOHN<br>MORRIS, individually and on<br>behalf of all others similarly<br>situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC CORPORATION<br>and UNION PACIFIC RAILROAD<br>COMPANY,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:06CV464 |
| DAVID BLACKMOORE, JERRY<br>EUBANK, JEFFREY KLAPPRODT,<br>JACOB MOORE, CHRIS NELSON,<br>GEORGE OWEN, WILLIAM J. PLATT,<br>WILLIAM PRICE and CHRIS<br>TUCKER,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD,<br>a corporation,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:06CV548 |

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
            Plaintiffs,         )            8:06CV689
                                )
      v.                        )
                                )
UNION PACIFIC RAILROAD,         )            ORDER
a corporation,                  )
                                )
            Defendant.          )
_____)
```

   This matter is before the Court on the motion for attorney fees (Filing No. 61 in 8:06CV464). Specifically, in connection with the settlement of these consolidated class actions, the Class Representatives (plaintiffs) collectively moved pursuant to Rule 54 of the Federal Rules of Civil Procedure that the Court grant an award as follows:

> 1) To Class Counsel for plaintiffs reasonable fees and expenses in the aggregate amount of $350,000.

> 2) To the Class Representatives as incentive awards for their time and effort in bringing this matter to a successful conclusion on behalf of the class, in the amount of $500 each.

   These amounts are to be paid by Union Pacific over and above all other payments and benefits that Union Pacific will be providing to the class and will not be deducted from any fund otherwise available to the class.

Having analyzed plaintiffs' motion, relevant declarations, briefing and all other pleadings and papers filed herein that bear on plaintiffs' motion, and having taken into consideration any objections filed, the Court finds and concludes, for all the reasons given in plaintiffs' supporting papers, that the motion should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion for an award of fees, expenses and plaintiff compensation is granted.  Class Counsel are awarded $350,000 as reasonable fees and expenses, to be distributed at their discretion among all plaintiffs' counsel, to be paid by Union Pacific pursuant to the terms of the settlement agreement (See Filing No. 53, supplemented by Filing No. 59).

2) The Class Representatives are awarded incentive awards for their time and effort in bringing this matter to a successful conclusion on behalf of the class, in the amount of $500 each, to be paid by Union Pacific pursuant to the terms of the settlement agreement (See Filing No. 53, supplemented by Filing No. 59).

3) All other pending motions are denied as moot.

DATED this 7th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court